United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSIE TAYLOR WHITE,

          Plaintiff,

     v.

DR. ADEYAMO, et al.,

          Defendants.

Case No. 24-cv-03785-NW

**JUDGMENT**

On January 23, 2026, the Court granted Defendants' motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants and against Plaintiff. The Clerk shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: January 23, 2026

_____

Noël Wise
United States District Judge